**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| JONATHAN SEGOVIA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 6:25-cv-00402 |
| | § | |
| TITLEMAX OF TEXAS, INC. | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant TitleMax of Texas, Inc. ("Defendant"), files this Notice of Removal to this Court pursuant to 28 U.S.C. §§ 1332 and 1446, and in support of this Notice, respectfully show the following:

**STATEMENT OF CASE**

1.      On July 24, 2025, Plaintiff Jonathan Segovia filed his Original Petition ("Petition") against Defendant in the 414th District Court of McLennan County, Texas. A copy of the Petition is attached as **Exhibit A.**

2.      Plaintiff served a copy of the Petition on August 1, 2025. A copy of the Citation is attached as **Exhibit B.**

3.      The Petition alleges claims under Chapter 21 of the Texas Labor Code and the Americans with Disabilities Act (ADA) under 42 USC § 12202. For the reasons that follow, Defendant removes the case to this Court.

4.      On August 25, 2025, Defendant filed its Original Answer and Defenses to Plaintiff's Original Petition. A copy of the Answer is attached as **Exhibit C.**

**PLAINTIFF'S CLAIMS PRESENT A FEDERAL QUESTION**

5.      This Court has jurisdiction over this matter by virtue of 28 U.S.C. § 1331 because the matter involves a claim arising under the laws of the United States. Plaintiff seeks relief under the ADA pursuant to 42 U.S.C. § 12202.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because Plaintiff's claims arise under federal law.

**VENUE**

6.      Venue for this action is proper in the District Court for the Western District of Texas, Waco Division because this is the district and division in which the state court action is pending.

**REMOVAL IS TIMELY**

7.      Defendant was served with Plaintiff's Petition on August 1, 2025. Pursuant to 28 U.S.C. § 1446(b), a defendant must file a notice of removal within thirty days after service of the amended pleading, motion, order, or other paper from which the defendant can ascertain that the case has become removable. Accordingly, this notice of removal is timely filed.

**ATTACHMENT OF STATE COURT PLEADINGS**

8.      Defendant has attached to this Notice as **Exhibit D** is the state court docket sheet.

**NOTICE OF REMOVAL GIVEN TO STATE COURT**

9.      A Notice of Removal to Federal Court is being filed in the 414th District Court of McLennan County, Texas on the date of this filing with the U.S. District Court for the Western District of Texas. A copy of the notice provided to the state court is attached to this Notice as **Exhibit E**.

**JURY DEMAND**

10.      Plaintiff has demanded a trial by jury in the underlying state court action.

**CONCLUSION**

11.     This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the matter involves a claim arising under the laws of the United States. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

Pursuant to and in accordance with 28 U.S.C. § 1446, Defendant removes this action from the 414th District Court of McLennan County, Texas, to this Court on this the 2nd day of September 2025, and prays that Defendant has such other and further relief, both general and specific, at law and equity, to which it may be justly entitled.

Respectfully submitted,

**OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.**

*/s/ Bruce A. Griggs*
Bruce A. Griggs
Texas Bar No. 08487700
bruce.griggs@ogletree.com
Caitlin P. Hilton
Texas Bar No. 24120891
caitlin.hilton@ogletree.com
301 Congress Ave., Suite 1150
Austin, TX 78701
(512) 344-4700 – Telephone
(512) 344-4701 – Fax

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 2nd day of September 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the Counsel listed below:

Benjamin C. Yelverton
yelverton@sytfirm.com
Joel S. Shields
shields@sytfirm.com
Scanes, Yelverton Talbert, LLP
100 Ritchie Road, Suite 101
P.O. Box 20965
Waco, TX 76702-0965
254-399-8788

*Attorneys for Plaintiff*

/s/ *Bruce A. Griggs*
Bruce A. Griggs